# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

---

**THE UNITED STATES OF AMERICA**

    *-vs-*

**RANDALL LOSE**

**NOVEMBER 2012 GRAND JURY**
**(Impaneled 11/09/12)**

**INDICTMENT**

**Violations:**
Title 18, United States Code,
Sections 2251(a) and 2252A(a)(2)(A)
(11 Counts and Forfeiture Allegation)

<u>COUNTS 1-10</u>
**(Production of Child Pornography)**

**The Grand Jury Charges That:**

1. Between in or about February 25, 2011, and on or about April 1, 2011, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, **RANDALL LOSE**, did knowingly employ, use, persuade, entice, and coerce a minor, that is, Victim 1, a person known to the Grand Jury, who was less than 18 years old, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2) for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce, and knowing and having reason to know that such visual depictions would be transported and

transmitted in and affecting interstate and foreign commerce, and the visual depictions were transported and transmitted using any means and facility of interstate and foreign commerce, and the visual depictions were transported and transmitted in and affecting interstate and foreign commerce.

2. Said visual depictions were transmitted by the victim to the defendant, by way of Skype, an Internet video-conferencing program, and were recorded and saved by the defendant under the following file names:

| COUNT | FILE NAME |
|-------|-----------|
| 1 | clip0010.avi |
| 2 | clip0013.avi |
| 3 | clip0014.avi |
| 4 | clip0020.avi |
| 5 | clip0021.avi |
| 6 | clip0022.avi |
| 7 | clip0023.avi |
| 8 | clip0028.avi |
| 9 | clip0029.avi |
| 10 | clip0033.avi |

**All in violation of Title 18, United States Code, Section 2251(a).**

## COUNT 11
### (Receipt of Child Pornography)

**The Grand Jury Further Charges That:**

Between in or about February 25, 2011, and on or about April 1, 2011, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, **RANDALL LOSE**, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and had been shipped and transported using any means and facility of interstate and foreign commerce.

**All in violation of Title 18, United States Code, Section 2252A(a)(2)(A).**

## FORFEITURE ALLEGATION

**The Grand Jury Alleges That:**

As a result of committing any of the offenses alleged in Counts 1 through 11 of this Indictment, the defendant, **RANDALL LOSE**, shall forfeit to the United States all property, real and personal, involved in the offense of conviction, and all property traceable to such property including but not limited to the following:

1.   1B1- Dell Inspiron laptop service tag: 4Y2CWJ1;

2.    1B3- Sandisk 16GB Micro SD card with S/N: 1124708505DF1;

3.    1B4- Sandisk 8GB Micro SD card with S/N: 115308088DOV;

4.    1B8- Sandisk Cruzer 4GB flash drive with S/N: 20052737020ED8A2;

5.    1B10- Sandisk Cruzer 4GB flash drive with S/N: 2845011149819D50;

6.    1B11- Kingston Data Traveler 1GBFlash Drive; and

7.    1B14- Samsung SCH-C355C with MEID Hex: A0000024AB60A3

8.    1B16- Samsung SCH-U430 with MEID Hex: A00000141CA131

**All pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3).**


DATED:  Buffalo, New York, January 9, 2013.

                              WILLIAM J. HOCHUL, JR.
                              United States Attorney


                    BY:   s/Maura K. O'Donnell
                          MAURA K. O'DONNELL
                          Assistant United States Attorney
                          United States Attorney's Office
                          Western District of New York
                          138 Delaware Avenue
                          Buffalo, New York  14202
                          716-843-5816
                          Maura.O'Donnell2@usdoj.gov

A TRUE BILL:


s/Foreperson
FOREPERSON